UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-20131-CIV-LENARD/O'SULLIVAN

In re: American Airlines Flight 331
_____/

**ORDER**

THIS MATTER is before the Court on the Treating Medical Practice, Robert Lentz, M.D.'s Objections to and Motion for Protective Order and/or Motion to Quash Defendant's Subpoena for Deposition Duces Tecum Directed to its Corporate Representative, and for Award of Sanctions, Including Attorneys' Fees and Costs (DE # 508, 10/2/12).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Having received no response, and a response having been due, it is

ORDERED AND ADJUDGED that the Treating Medical Practice, Robert Lentz, M.D.'s Objections to and Motion for Protective Order and/or Motion to Quash Defendant's Subpoena for Deposition Duces Tecum Directed to its Corporate Representative, and for Award of Sanctions, Including Attorneys' Fees and Costs (DE # 508, 10/2/12) is GRANTED in part and DENIED in part in accordance with this Order. The Motion for Protective Order and/or Motion to Quash Defendant's Subpoena for Deposition Duces Tecum Directed to its Corporate Representative is GRANTED.  The

request for an award of sanctions, including attorneys' fees and costs is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida this 6th day of November, 2012.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
U.S. District Court Judge Lenard
All counsel of record