Page Seven                    RE:   Bobby L. Ruff                    June 3, 2010

### CONCLUSION:

Based on the findings of this examination, it is my opinion that the aircraft accident involving American Airlines Flight 331 on December 22, 2009, has caused Mr. Ruff's injuries and has caused impairment and disability for Mr. Ruff's stated occupation. This opinion is stated to a reasonable degree of medical certainty.

In my opinion, Mr. Ruff continues to be in need of medical treatment due to his ongoing symptoms of posttraumatic headaches, cervical and lumbar myofascial pain, neuropsychological symptoms arising from closed head injury and posttraumatic stress disorder. Appropriate treatment would include physician follow-up and additional treatments for his posttraumatic head, neck and back pain (including medication and physical therapy or chiropractic therapy). Additional diagnostic testing is also indicated, including an EMG/NCV of the upper extremities to further evaluate the sensory deficit in Mr. Ruff's left arm. Finally, neuropsychological evaluation and treatment is indicated due to Mr. Ruff's ongoing symptoms of closed head injury and posttraumatic stress disorder – symptoms that limit his ability to work in his stated occupation in the security industry.

If I may be of further assistance in this case, please feel free to contact me.

Sincerely,

Jeffrey E. Coe, M.D., Ph.D.

JEC:ss