1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

IN RE:   AMERICAN AIRLINES      )
FLIGHT 331,                     ) Case No.
             Defendant.         ) 10-20131-CV-LENARD

The videotaped evidence deposition of JEFFREY E. COE, M.D., Ph.D., called for examination, taken pursuant to the Federal Rules of Civil Procedure of the United States District Courts pertaining to the taking of depositions, taken before CATRICE M. PRINCE, CSR No. 84-003765, a Notary Public within and for the County of Cook, State of Illinois, and a Certified Shorthand Reporter of said state, at Suite 110, 22 North Morgan Street, Chicago, Illinois, on the 11th day of September, 2012, commencing at 10:30 a.m.



WWW.USLEGALSUPPORT.COM
888-311-4240

5

```
 1              JEFFREY E. COE, M.D., Ph.D.,
 2   called as a witness herein, having been first duly
 3   sworn, was examined and testified as follows:
 4                  DIRECT EXAMINATION
 5   BY MR. MINER:
 6        Q.   Good morning, Doctor.  Could you first
 7   please tell us your name.
 8        A.   It's Jeffrey Coe, C-o-e.
 9        Q.   And, Dr. Coe, as you know, my name is
10   Curtis Miner, and I represent the plaintiff in this
11   case, Monica Ruff.  I'm going to have a few
12   questions for you this morning about your
13   evaluation of Mrs. Ruff.
14             First, I'd like to get to know a little
15   bit about you though.  Could you tell me what your
16   educational background is?
17        A.   I'm a doctor of medicine.  I received my
18   medical degree from the University of Chicago
19   Medical School here in Chicago in 1970.  I later
20   did an internship and the first year of residency
21   in pediatrics, and then I switched into my current
22   specialty, which is occupational medicine.  I went
23   back to graduate school and received a Ph.D.
24   degree in occupational medicine from the University
25   of London in London, England in 1985.
```

6

1  I became a board certified specialist in
2  my field in 1991, and I've worked continuously in
3  occupational medicine for about the past 30 years.
4     Q.   And, Dr. Coe, can you give us a
5  description of what occupational medicine includes?
6     A.   I'd be glad to, and I think that would
7  be helpful because it's a somewhat usual medical
8  specialty for most people.  This is a board
9  certifiable medical specialty.
10      Occupational medicine is the specialty
11  within medicine that deals with the health of
12  people at work.  So the areas of special expertise
13  in training of an occupational medicine specialist
14  are injuries or illnesses usually arising from a
15  workplace, their causation, their diagnosis and
16  treatment, the rehabilitation and return to work
17  after work-related injuries, questions relating to
18  the assessment of disability following injuries or
19  illnesses, and then a lot of general issues
20  relating to health and safety in workplaces.  So
21  that's my specialty, which is occupational
22  medicine.
23     Q.   And, Dr. Coe, do you have a particular
24  medical practice that you are associated with, an
25  office that you're associated with?

8

1  I was not, and I am not her treating physician. I
2  saw her for the purpose of evaluation to find her
3  condition at that point in time, and again, this is
4  June of 2010.
5     Q.   Okay.  And as part of your evaluation of
6  the patient, do you start by taking a general
7  history from them of what sort of experience or
8  accident they have been in?
9     A.   Yes, that's the standard procedure.  So
10 that's a customary practice, take a history from
11 the patient, ask questions about other related
12 issues, then carry out a physical examination, and
13 I did start with Ms. Ruff by taking a history.
14    Q.   Okay.  And I don't need you to go into
15 great detail on the history you took from her but
16 can you give us an overview of the history you
17 obtained from Monica Ruff regarding the accident
18 that she had been in?
19    A.   I'd be glad to, and I can briefly
20 summarize this for you.  It was my understanding
21 based on what Ms. Ruff told me in June of 2010 that
22 she had been involved in an accident on
23 December 22nd of 2009.  She was a passenger on an
24 airplane.  This was an American Airlines flight.
25 There was an accident.  She was able to exit from

1  the plane.
2           She told me that she had heard a bang.
3  She told me that her next memory was as she
4  described it startlingly wake in her seat.  She
5  said that there were no lights.  She said that she
6  smelled aviation fuel as she described it to me.
7  She said that she assisted her husband.  She was
8  able to exit from the plane through a broken
9  fuselage out on to a wing and then down on to the
10 beach.  This was in Kingston, Jamaica.
11          She told me that she was assisted at
12 that point and picked up and taken to a local
13 medical treatment facility where she was examined
14 in Kingston.  She told me she was experiencing
15 symptoms at that time.  She said that she had some
16 bleeding from her face, some swelling in the area
17 of her forehead, aches and pains and discomfort in
18 her head and neck.  She said that local treatment
19 was carried out in Kingston by emergency physicians
20 and by other physicians that she saw in the roughly
21 two weeks that she stayed in Jamaica.
22          And she said then she returned to her
23 home in Missouri where she had additional medical
24 treatment.  So that's in general the history that
25 she gave to me of what happened to her and what she

10

1  at least initially felt and experienced.
2      Q.   Okay.  And did you also obtain from her
3  her medical history after she returned to her home
4  in Missouri as far as this sort of treatment she
5  received for the injuries she had suffered in the
6  accident?
7      A.   Yes, I did.  I discussed that with
8  Ms. Ruff, and again, to briefly summarize this, she
9  told me that when she came back to Missouri, she
10 had consulted with her family physician, that's a
11 Dr. Smithson, S-m-i-t-h-s-o-n, who she saw.  She
12 reported head and neck pain, and she reported
13 swelling and facial pain.
14          Dr. Smithson then, according to Mrs.
15 Ruff's history, prescribed a number of diagnostic
16 tests, including CT scans of the head, MRI scans of
17 the head and neck and other x-rays.  She told me
18 that she did have those tests.  She told me that
19 she was treated with medication for pain, also with
20 physical therapy, based on the tests and her
21 reported persistent symptoms of head and neck pain
22 and headaches in spite of the medical treatments
23 that were carried out, she was referred by her
24 family physician, Dr. Smithson, to a neurologist
25 for evaluation.  She did have additional diagnostic

1 having daily headaches. She said that the
2 headaches were largely frontal so forehead-type
3 headaches. The headaches went from the front from
4 the forehead region up through the top of her head.
5 She described the pain to me as aching. She said
6 that there were occasional sharp pains as well as
7 the more dull aches. She said that she was taking
8 medication, anti-inflammatory and pain medication.
9 She said that that did help, but she was still
10 having these daily headaches. She told me that she
11 still had pain and stiffness in her neck, and she
12 said that that symptom was made worse by rotation
13 or bending of her neck. For example, she told me
14 she had difficulty in driving, that would be
15 looking from side to side and also in sleeping.
16 She told me that she had some occasional
17 tingling of her hands, both sides. She said that
18 that was made worse by hand use by gripping. She
19 told me that she still had pain in her mid and
20 lower back. She said that the pain was helped by
21 the chiropractic therapies, and then she told me
22 that she was still having significant anxiety by
23 her report to me. She said that the anxiety
24 manifested itself by difficulty in sleeping and
25 what she described as flashbacks of the accident of

13

the plane and getting out of the plane. She said that she was now, again at the time I saw her, particularly anxious about traveling anywhere. So these are the symptoms that Mrs. Ruff reported to me in June of 2010.

Q. And, Dr. Coe, as part of your evaluation of Mrs. Ruff, did you also ask her about any past medical history she may have had that could have contributed to any of the symptoms she was experiencing?

A. I did. Now, with her regarding past medical history, I focused on the areas of the body that were still causing symptoms so I didn't ask her about every medical problem she had had throughout her life. I asked her about prior head injuries, prior neck or back injuries, things that she might have felt or experienced in these areas of her body before December 22nd of 2009, and she said that her history was negative. She had had no prior head, neck, or significant back injuries. No ongoing pain. No daily headaches. No severe anxiety attacks. No difficulty in traveling. This is what she reported to me.

Q. And, Dr. Coe, as someone who specializes in occupational medicine, was it also part of your

WWW.USLEGALSUPPORT.COM
888-311-4240

1  areas of change in the skin color on her forehead,
2  the tenderness in her forehead, the trigger points
3  in the soft tissues of her neck and back, the
4  decreased range of motion of her neck and decreased
5  range of motion of her lower back. Those were the
6  principal findings on this examination in June
7  of 2010.
8       Q.   And, Dr. Coe, I'd like to turn now to
9  the conclusions that you reached as a result of
10 your evaluation of Monica Ruff.
11      Did you, in fact, reach any conclusions
12 as to whether or what type of injuries she had
13 suffered as a result of her involvement in the
14 accident in American Airlines Flight 331 on
15 December 22nd of 2009?
16      A.   I did. I was able to draw and to reach
17 certain conclusions following this evaluation.
18 Based on the examination that I carried out, also
19 based on the other information that I had in this
20 case, and that includes that history from Mrs. Ruff
21 that I've described briefly to you here today, I
22 concluded that she had suffered multiple contusions
23 and also sprain/strain type injuries in the
24 airplane crash that she described to me and that
25 she was continuing to experience pain. The types

1  of pain that she was experiencing were arising from
2  her neck and back.  I categorized these as
3  myofascial pain.  She also had some local or
4  residual pain at the contusion site on that right
5  side of her forehead above her eyebrow, and then in
6  addition, she was having post traumatic headaches.
7  These are the daily headaches.  This is a typical
8  findings in someone with a closed head injury, and
9  finally she was reporting symptoms to me that in
10 her description were consistent with a post
11 traumatic stress disorder.
12         These are the problems with insomnia,
13 with reliving of the events of the accident, what
14 she described as flashbacks, anxiety about travel.
15 So those were the conclusions that I drew in this
16 matter.
17     Q.    **And, Dr. Coe, are those conclusions that**
18 **you drew with a reasonable degree of medical**
19 **certainty?**
20     A.    Yes.  All the conclusions that I've just
21 described to you are to a reasonable degree of
22 medical certainty based on the sources of
23 information that I had in this matter that I have
24 described for you.
25     Q.    **And, Dr. Coe, as a result of your**

```
 1    evaluation, did you also form any opinions as to
 2    whether Mrs. Ruff continued to be in need of any
 3    form of medical treatment as of June 3rd, 2010?
 4         A.   I did.  Based on the ongoing symptoms
 5    that Mrs. Ruff reported to me, based on the
 6    findings that I made when I examined her, based on
 7    her psychological stress symptoms and complaints,
 8    it was my opinion that she was still in need of
 9    medical treatment.
10              The medical treatment that I felt was
11    appropriate for her at that time was two-fold;
12    first, direct medical treatment.  This would be
13    treatment for ongoing pain.  The types of treatment
14    that she had been undergoing as prescribed by her
15    family physician, including medication and physical
16    therapies, including chiropractic therapy as a type
17    of physical therapy.
18              Then the second treatment that I felt
19    was appropriate for her was psychological treatment
20    for her stress-related symptoms.  These are the
21    symptoms of anxiety with associated insomnia,
22    intrusive thoughts, and others.  I did feel that it
23    would be appropriate for her to undergo a more
24    complete neuropsychological evaluation.  That's
25    neuropsychological testing and interviewing, and
```

```
 1   then based on the findings of that evaluation,
 2   psychological treatments of an appropriate type
 3   could be prescribed for her.  So those were the
 4   recommendations that I would make for Mrs. Ruff.
 5        MR. MINER:  Thank you, Dr. Coe.  Those are all
 6   the questions I have for now.
 7        THE WITNESS:  You're welcome.
 8                    CROSS-EXAMINATION
 9   BY MR. PALMER:
10        Q.   Hi, Doctor.  I represent the defendant
11   in this case.  I'm going to ask you just a few
12   follow-up questions.
13        A.   Sure, Greg, of course.
14        Q.   Now, the manner in which you saw Mrs.
15   Ruff, she was a referral from her attorney?
16        A.   Yes, Greg.  That's correct.  She was
17   referred to me by her attorney in this matter.
18        Q.   Now you're in Chicago and you're aware
19   that Mrs. Ruff is not from Illinois, correct?
20        A.   Oh, yes, I'm quite aware of that.  Mrs.
21   Ruff is from Missouri.  I'm here in Chicago.  That
22   is correct.
23        Q.   So Mrs. Ruff traveled to see you from
24   Missouri to Chicago, correct?
25        A.   Yes, she did.
```