OCCUPATIONAL MEDICINE ASSOCIATES OF CHICAGO, LTD.
22 NORTH MORGAN, SUITE 110
CHICAGO, ILLINOIS 60607

Telephone (312) 733-6622
Fax (312) 733-8606

JEFFREY COE, M.D., PH.D.
*Board Certified Occupational Medicine*
*Medical Director, Occupational Medicine Associates of Chicago*

CORRADO UGOLINI, M.D., M.P.H.
*Board Certified Internal Medicine*

DAVID ROBERTSON, M.D.
*Board Certified Orthopedic Surgery*

Ms. Monica Kelly
Attorney at Law
Ribbeck Law Chartered
Lake Point Tower
505 North Lake Shore Drive
Suite 102
Chicago, IL 60611

June 3, 2010

RE:   Bobby L. Ruff

Dear Ms. Kelly:

At your request, I examined Mr. Bobby L. Ruff at my office on June 3, 2010, for the purpose of evaluation. I also had the opportunity to review some of Mr. Ruff's treatment medical records including reports from treating physicians and reports of diagnostic tests. These records are of a type customarily relied upon by physicians.

**HISTORY:**

Mr. Bobby L. Ruff is a 63-1/2-year-old male who was a passenger on American Airlines Flight 331 on December 22, 2009. Mr. Ruff states that he was seated in seat 12F and was wearing his seatbelt at the time of landing of this flight and subsequent "runway excursion" causing the plane to break apart. Mr. Ruff states that he has limited recollection of the events of the plane accident. He states that he experienced bleeding from his face and was assisted from the plane by his wife who was seated next to him. Mr. Ruff recalls a strong smell of aviation fuel. He states that he and his wife were able to step onto the plane wing and off onto the beach.

Page Two        RE:  Bobby L. Ruff        June 3, 2010

Mr. Ruff states that a passing van stopped and he was taken to a local hospital where he was examined.

At the hospital, Mr. Ruff was found to have a laceration of the right side of his face. He states that the laceration was cleaned and sutured. Bandages were applied. He states that x-rays were taken of his head and he was discharged following this treatment.

On December 23, 2009, Mr. Ruff states that he was examined by a local physician in Kingston Jamaica. He states that he complained of pain in the right side of his face. The dressings over his facial laceration were changed and he was given anti-inflammatory medication.

Mr. Ruff states that he remained with his wife in Jamaica for approximately two weeks. He then returned to his home in Lee's Summit, Missouri. In Missouri, Mr. Ruff was examined by his family physician, Dr. Boyd. He complained to Dr. Boyd of pain in his head, neck and lower back. Referral was made to a neurologist.

Mr. Ruff states that he was examined by a neurologist. He states that a CT scan of the head and neck was prescribed and was performed. He states that further conservative therapy was then carried out with medication and physical therapies.

Mr. Ruff states that physical therapy caused an increase in his head, neck and back symptoms. He states that chiropractic therapy was also carried out.

Mr Ruff states that he was evaluated by a neurologist for head injury-related symptoms including deficits in short term memory. He states that he continues in the care of his neurologist and continues to undergo chiropractic therapies.

**PAST MEDICAL HISTORY:**

Mr. Ruff denies significant injuries to or symptoms from his head or spine prior to the airplane accident of December 22, 2009, described above.

Mr. Ruff has a history of peripheral vascular disease (for which he underwent surgical stenting approximately five to six years ago) and continues to take medication. He also has a history of a transient ischemic attack (TIA) in 1993. He states that there has been no recurrence of TIA symptoms.

Page Three  RE:  Bobby L. Ruff  June 3, 2010

**WORK HISTORY:**

Mr. Ruff states that he works as a lieutenant/supervisor in the security department of Truman Medical Center. He states that has worked at this medical center for approximately 18 years. He states that his work involves supervision of 12 security employees and training in police techniques.

Mr. Ruff states that he has been unable to return to work in his security position following the plane accident of December 22, 2009 due to neurological and neuropsychological symptoms. He states that ongoing symptoms of discomfort, headache and short term memory/recall difficulties have led to a prescribed work restriction. Mr. Ruff states that he has not been cleared by treating physicians for firearm use and, with this restriction, he has been unable to resume full duty. Mr. Ruff states that he currently works approximately four hours per day, four days per week in a limited capacity at the Medical Center information desk. He states that he has not returned to employee supervision and, with his firearm restriction, would be unable to carry out full duties as a security officer.

**RECREATIONAL ACTIVITIES:**

Mr. Ruff states that he has limited all recreational activities following the airplane accident of December 22, 2009, due to ongoing head and spine symptoms described below.

**CURRENT COMPLAINTS:**

At the time of this examination, Mr. Ruff complained of posttraumatic scarring of the right side of his face in the eyebrow region. He complained of occasional pain at the scar line with some tingling and sensory change in this area.

Mr. Ruff complained of daily headaches first noted upon arising. He states that anti-inflammatory medication has been prescribed for control of headache symptoms, but leads to only limited and temporary improvement of head pain. He states that the head pain arises from his forehead and extends to the top and back of his head bilaterally.

Mr. Ruff complained of a relatively constant aching pain in his neck and upper back made worse by range of motion. He stated that his neck and upper back pain was somewhat improved by chiropractic therapy, although discomfort remained.

Page Four          RE:   Bobby L. Ruff          June 3, 2010

Mr. Ruff complained of occasional hand tingling with exertion (particularly gripping, for example while driving).

**EXAMINATION:**

On examination today, Mr. Ruff was a well-developed, well-nourished male. He appeared to be his stated age of 63-years. He was alert, oriented and cooperative in the examination.

He was 6' 0" tall and weighed 200 pounds.

He stated that he was right-handed.

Examination of Mr. Ruff's head and neck revealed a 2-inch slightly hyperpigmented scar extending along the medial border of the right eyebrow into the bridge of the nose. The distal aspect of the scar had subcutaneous thickening.

There was decreased sensation over the right facial scar line and tenderness to deep palpation at the distal end of the scar.

Extraocular movements and pupil responses were intact.

Mr. Ruff had bilaterally symmetrical strength of eyelid and facial movement.

Mr. Ruff walked today without gait abnormality or instability.

The Spurling sign was negative.

Palpation revealed tender "trigger points" bilaterally in the posterior cervical and upper thoracic musculature.

Palpation revealed no areas of generalized tenderness or muscle spasm.

Range of motion of the cervical spine: Flexion 40 degrees, normal being 45 degrees; extension 30 degrees, normal being 35 degrees; right lateral rotation 45 degrees, left lateral rotation 45 degrees, normal lateral rotation being 65 degrees; right lateral bending 25 degrees, left lateral bending 30 degrees, normal lateral bending being 35 degrees.

Mr. Ruff complained of pain in the left side of his neck with range of motion testing.

Deep tendon reflexes of the upper extremities were brisk and bilaterally symmetrical.

Measurement of the circumference of the biceps at 4 inches above the olecranon: 12 inches on the right, 12 inches on the left.

Muscle strength of the upper extremities was grossly intact and symmetrical (5/5) at resisted forward and backward elevation of the shoulders and resisted flexion/extension of the elbows.

Sensation of the upper extremities was slightly decreased to light touch on the dorsal surface of the left forearm and hand as compared to the right. Sensation of the upper extremities was otherwise symmetrical.

Examination of Mr. Ruff's mid and lower back revealed no areas of scarring or deformity.

There were tender "trigger points" bilaterally in the lower thoracic and upper lumbar musculature.

Palpation revealed no areas of generalized tenderness or muscle spasm in the mid or lower back.

Range of motion of the lumbar spine: Flexion 80 degrees, normal being 90 degrees; extension 25 degrees, normal being 35 degrees; right lateral bending 35 degrees, left lateral bending 30 degrees, normal lateral bending being 40 degrees.

Mr. Ruff complained of central upper lumbar pain with range of motion of the lumbar spine.

Straight leg raising was full bilaterally at 90 degrees in both the seated and recumbent positions.

Deep tendon reflexes of the lower extremities were brisk and bilaterally symmetrical at the knees and ankles.

Muscle strength of the lower extremities was grossly intact and symmetrical at resisted flexion/extension of the knees, ankles and great toes.

Heel and toe walking was full bilaterally.

Sensation of the lower extremities was grossly intact and symmetrical to light touch.

Both upper and lower extremities were warm to touch. There was no abnormal coloration or sweating of the extremities.

Peripheral pulses of the upper and lower extremities were grossly intact and bilaterally symmetrical. Venous return of the lower extremities was intact bilaterally.

**CASE SUMMARY:**

Mr. Ruff suffered multiple contusions and strains in the airplane accident involving American Airlines Flight 331 on December 22, 2009. The accident caused a facial laceration, cervical and lumbar sprain/strain injuries with the development of chronic cervical and lumbar myofascial pain, and a closed head injury with associated posttraumatic headaches and symptoms of a posttraumatic stress disorder. To date, conservative therapy has been carried out with limited symptomatic improvement. Mr. Ruff continues to be symptomatic and has not been released for return to full work activities as a security lieutenant/supervisor/trainer due to residual posttraumatic symptoms.

Examination today revealed posttraumatic scarring of Mr. Ruff's right forehead with thickening along the distal end of the scar line and decreased sensation along the scar line. There were tender "trigger points" bilaterally in the posterior cervical and upper thoracic musculature. There was associated decreased range of motion of the cervical spine in flexion, extension, bilateral rotation and bilateral bending with left cervical pain reported. There was decreased sensation in the dorsal surface of Mr. Ruff's left arm consistent with nerve irritation that has not yet been further explored. There were tender "trigger points" bilaterally in the paralumbar musculature. There was associated decreased range of motion of the lumbar spine in flexion, extension and bilateral bending.

Page Seven  RE: Bobby L. Ruff  June 3, 2010

**CONCLUSION:**

Based on the findings of this examination, it is my opinion that the aircraft accident involving American Airlines Flight 331 on December 22, 2009, has caused Mr. Ruff's injuries and has caused impairment and disability for Mr. Ruff's stated occupation. This opinion is stated to a reasonable degree of medical certainty.

In my opinion, Mr. Ruff continues to be in need of medical treatment due to his ongoing symptoms of posttraumatic headaches, cervical and lumbar myofascial pain, neuropsychological symptoms arising from closed head injury and posttraumatic stress disorder. Appropriate treatment would include physician follow-up and additional treatments for his posttraumatic head, neck and back pain (including medication and physical therapy or chiropractic therapy). Additional diagnostic testing is also indicated, including an EMG/NCV of the upper extremities to further evaluate the sensory deficit in Mr. Ruff's left arm. Finally, neuropsychological evaluation and treatment is indicated due to Mr. Ruff's ongoing symptoms of closed head injury and posttraumatic stress disorder – symptoms that limit his ability to work in his stated occupation in the security industry.

If I may be of further assistance in this case, please feel free to contact me.

Sincerely,

Jeffrey E. Coe, M.D., Ph.D.

JEC:ss