1    dissociative at times.  He was having nightmares and

2    some cognitive problems.

3        Q.   Did he say to you whether he had suffered any

4    sort of injury in this plane accident?

5        A.   Yes.  He said he had suffered an injury.

6        Q.   To what part of his body?

7        A.   I wrote down here showed pictures of his head

8    injury.  I remember him telling me that he hit his

9    head.  I can't remember if he was unconscious.  But

10   that he hit his head and he was bleeding.  I remember

11   him telling me that.

12       Q.   If you turn to the second page of your notes,

13   can you tell me what the handwriting in the upper

14   left-hand corner says?

15       A.   Yes.  Showed pictures of head injury.

16       Q.   Got it.

17       A.   Okay.

18       Q.   What was his affect or mood at the time when

19   he came to you in May of 2011?

20       A.   What was his affect?  I wrote anxious or I

21   circled anxious and constricted.

22       Q.   Did he indicate to you whether he was having

23   any problems with sleep?

24       A.   Yes, sir.

25       Q.   What did he say?

1      A.   I have written down restless sleep,

2  nightmares two times a night, and early morning

3  awakening.

4      Q.   Did he indicate to you whether he was having

5  any issues with sadness or tearfulness?

6      A.   I wrote weepy.

7      Q.   What do you mean by that?

8      A.   That means tearfulness.

9      Q.   Okay.  Did you make any -- did you note

10  anything regarding his memory at the time he came to

11  see you in May of 2011?

12      A.   I circled impaired.

13      Q.   Did you circle a degree of impaired?

14      A.   I put moderate.

15      Q.   And can you read to me what your notes say in

16  your clinical assessment?

17      A.   I hope so.  I put returns to treatment.

18  Let's see.  This must be what he told me about the

19  plane.  It says screamed for help.  Unconscious.  Left

20  in plane.  Dark at night.  Wife injured.  I'm not

21  sure.  I think it says broken back, but I couldn't

22  swear to it.  And something cracked skull, I think.

23      Q.   And did you reach a diagnosis of him

24  regarding his psychological condition?

25      A.   Yes, sir.

1    Q.    What was that diagnosis?

2    A.    I gave him PTSD.

3    Q.    Can you describe for us what PTSD is?

4    A.    Yes, sir.  It's a condition secondary to a

5    traumatic event.  And in this case it would be the

6    plane crash, as he was having nightmares, fear of

7    flying, feeling much more anxious, according to what I

8    wrote in my notes, and having flashbacks.

9    Q.    And did you also reach a diagnosis on what

10    you referred to as Axis III?

11    A.    Yes, sir.

12    Q.    What was that?

13    A.    I already had the stroke and then head

14    injury.

15    Q.    And does the head injury refer to injuries

16    sustained in the plane accident?

17    A.    Yes, sir.

18    Q.    What was your finding on Axis IV?

19    A.    I put extreme or catastrophic.

20    Q.    What does that mean?

21    A.    Just what it says.  I mean, catastrophic is

22    the worst you can have.  That would be like, you know,

23    being in a plane crash, being part of the Twin Towers.

24    I mean, something horrific.  Extreme is one step down.

25    So I put somewhere in between those two.