OCCUPATIONAL MEDICINE ASSOCIATES OF CHICAGO, LTD.
22 NORTH MORGAN, SUITE 110
CHICAGO, ILLINOIS 60607
___
Telephone (312) 733-6622
Fax (312) 733-8606

JEFFREY COE, M.D., PH.D.　　　　　　　　　　　　　　　　　CORRADO UGOLINI, M.D., M.P.H.
　*Board Certified Occupational Medicine*　　　　　　　　　　*Board Certified Internal Medicine*
　*Medical Director, Occupational Medicine Associates of Chicago*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DAVID ROBERTSON, M.D.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Board Certified Orthopedic Surgery*

Ms. Monica Kelly　　　　　　　　　　　　　June 3, 2010
Attorney at Law
Ribbeck Law Chartered
Lake Point Tower
505 North Lake Shore Drive
Suite 102
Chicago, IL 60611

　　　　　　　　　　　　　　　　RE:　Monica E. Ruff

Dear Ms. Kelly:

　　At your request, I examined Ms. Monica E. Ruff at my office on June 3, 2010, for the purpose of evaluation. I also had the opportunity to review some of Ms. Ruff's treatment medical records including reports from treating physicians and reports of diagnostic tests. These records are of a type customarily relied upon by physicians.

**HISTORY:**

　　Ms. Monica E. Ruff was a passenger on American Airlines Flight 331 on December 22, 2009. As you know, this plane crashed upon landing in Kingston Jamaica.

　　Ms. Ruff states that she was seated in seat 12E and was wearing her seatbelt at the time of impact. She states that she recalls a "bang" sound and sensation. She states that her next memory is of being "startled awake" in her seat on the airplane. She states that the interior of the aircraft was dark and she observed no surrounding passengers except for her husband (in the seat next to her). Ms. Ruff states that she was able to stand and assisted her husband, stepping out onto the wing of the plane through a broken segment of the fuselage. She states that she was able to step away from the plane. She states that she recalls a strong smell of aircraft fuel. She states that she encountered other passengers.

Page Two              RE:   Monica E. Ruff              June 3, 2010

Ms. Ruff states that she noted swelling of her forehead with some facial bleeding. She states that a van "came by" and she was taken to a local hospital where she was treated. She was later further assisted by relatives.

At the emergency facility, Ms. Ruff states that she reported facial pain and swelling, neck pain and tightness. She states that x-rays were taken of her head and neck. She states that she was then discharged.

Ms. Ruff was picked up by relatives. On the following day (December 23), she states that she was examined by a physician in Kingston, Jamaica. She states that additional x-rays were taken and she was told that she might have suffered a skull fracture. Ms. Ruff states that additional evaluation was recommended and she was seen by other specialists. She states that further diagnostic tests were performed that she was told revealed facial fractures and cervical compression fractures. She was placed in a cervical collar. Treatments were also carried out for continued facial swelling. During this initial treatment period, Ms. Ruff states that she developed an anxiety reaction.

Ms. Ruff states that she remained in Jamaica for approximately two weeks and was seen by local physicians for follow-up visits. She took medication for pain. She states that physical therapy was discussed, but was not carried out due to head and neck discomfort.

Ms. Ruff returned to the United States by plane experiencing discomfort and anxiety. Ms. Ruff sought treatment from her family physician, Dr. Smithson, in Lee's Summit, Missouri. She states that Dr. Smithson reviewed the history of her injury and prescribed additional diagnostic tests including a CT scan of the head and an MRI scan of the head and neck. These tests were performed in Missouri.

According to records reviewed, on January 20, 2010, Ms. Ruff underwent a CT scan of her head. The indication for the scan was a "history of closed head injury." The CT scan of the head was interpreted as showing no focal abnormalities. An MRI scan of the cervical spine was later performed on March 8, 2010.

Ms. Ruff continued in the care of Dr. Smithson. Medication for pain was prescribed. Dr. Smithson also prescribed medication to help control Ms. Ruff's post-traumatic anxiety/stress and associated insomnia. A course of physical therapy was prescribed. Ms. Ruff states that she began physical therapy, but after a few sessions of therapy she experienced increasing head and neck symptoms and therapy was discontinued.

Page Three             RE:    Monica E. Ruff              June 3, 2010

Ms. Ruff continued in the care of Dr. Smithson. After additional follow-up visits, a neurological evaluation was advised and an EMG/NCV was performed. She states that she was told that this test revealed evidence of carpal tunnel syndrome. Biofeedback training was recommended for control of posttraumatic stress symptoms.

Ms. Ruff states that she also has undergone chiropractic treatment by Dr. Rogen in Blue Springs, Missouri for post-traumatic symptoms. She states that these treatments have led to some limited, temporary symptomatic improvement.

At present, Ms. Ruff states that she continues in the care of Dr. Smithson. She also continues to undergo biofeedback treatment and chiropractic treatments three times a week.

Ms. Ruff states that she continues to take medications (including nortriptyline and anti-inflammatory medications) prescribed by Dr. Smithson for control of symptoms arising from her head and neck injuries. She performs no other treatments or therapies at this time.

## PAST MEDICAL HISTORY:

Ms. Ruff denies significant injuries to or symptoms from her head or neck or anxiety related symptoms prior to the airplane accident of December 22, 2009, described above.

## WORK HISTORY:

Ms. Ruff states that she has owned a shop in Missouri for approximately 11 years. She states that she performed both sales and administration for her business. Prior to the accident, she frequently worked ten or more hours per day. She states that symptoms arising from the accident of December 22, 2009, (see Current Complaints below) have caused difficulty in carrying out her work activities. For example, Ms. Ruff states that she has difficulty in customer interaction due to head, neck and upper back symptoms. She states that she is unable to perform work for her customary 8 to 10 hours per day and has been required to hire an assistant to help (16 hours per week).

Page Four             RE:   Monica E. Ruff                    June 3, 2010

**RECREATIONAL ACTIVITIES:**

Ms. Ruff states that prior to the accident of December 22, 2009, she enjoyed gardening and exercising. She states that she has difficulty in these home activities at this time due to head, neck and upper back symptoms causing limitation in her ability to lift, twist, and bend or to stand for prolonged periods of time without an increase in head and neck symptoms.

**CURRENT COMPLAINTS:**

At the time of this examination, Ms. Ruff complained of significant daily headaches. She states that she generally arises with a headache in the frontal region occasionally extending to the top of her head. She states that the pain is aching and occasionally sharp. She states that the duration of her head pain varies. She states that she takes anti-inflammatory and analgesic medication and generally notes improvement in her head symptoms within one to two hours after medication use.

Ms. Ruff complains of continued forehead tenderness at the site where acute swelling was first noted.

Ms. Ruff complains of pain in her neck with stiffness. She states that she has decreased range of motion of her neck causing difficulty in driving and sleeping.

Ms. Ruff complained of occasional upper extremity tingling associated with head and neck movement.

Ms. Ruff complained of pain in her mid and lower back improved temporarily by chiropractic therapies.

Ms. Ruff complained of continued anxiety symptoms including difficulty in sleeping, "flashbacks" regarding the events of the plane accident and generalized anxiety with travel.

**EXAMINATION:**

On examination today, Ms. Ruff was a well-developed, well-nourished female. She appeared younger than her stated age of 65-years. She was alert, oriented and cooperative in the examination.

Page Five					RE:   Monica E. Ruff					June 3, 2010

Ms. Ruff was 5' 5" tall and weighed 175 pounds.

She stated that she was right-handed.

Ms. Ruff walked today without limp or gait abnormality. There was no evident instability of gait.

Examination of Ms. Ruff's head revealed no areas of gross deformity. There was slight hyperpigmentation of the right side of Ms. Ruff's forehead at the site where acute swelling was noted following the plane crash. The area of above Ms. Ruff's right eyebrow extending into the mid portion of the forearm was mildly tender to deep palpation.

Extraocular movements and pupil responses were intact.

Muscle strength of the eyelids and facial muscles was intact and symmetrical.

The Spurling sign was negative.

Palpation revealed tender "trigger points" bilaterally in the suboccipital region and bilaterally in the posterior cervical and upper thoracic musculature.

Palpation revealed no areas of generalized tenderness or muscle spasm.

Range of motion of the cervical spine: Flexion 40 degrees, normal being 45 degrees; extension 25 degrees, normal being 35 degrees; right lateral rotation 45 degrees, left lateral rotation 50 degrees, normal lateral rotation being 65 degrees; right lateral bending 20 degrees, left lateral bending 25 degrees, normal lateral bending being 35 degrees.

Deep tendon reflexes of the upper extremities were brisk and bilaterally symmetrical.

Measurement of the circumference of the biceps at 4 inches above the olecranon: 11 inches on the right, 11 inches on the left.

Muscle strength of the upper extremities was grossly intact and symmetrical at resisted forward and backward elevation of the shoulders and resisted flexion/extension of the elbows (5/5 bilaterally).

Page Six                RE:  Monica E. Ruff                June 3, 2010

Sensation of the upper extremities was slightly decreased to light touch on the flexor surface of the left first through third fingers as compared to the right and there was also a slight decrease in light touch sensation on the dorsal surface of the left hand as compared to the right.

The Phalen and Tinel signs were negative at the wrists.

The Tinel sign was negative over the ulnar nerves at the elbows.

Examination of Ms. Ruff's lower back revealed no areas of scarring or deformity.

Palpation of the lower back revealed no areas of tenderness or muscle spasm.

Range of motion of the lumbar spine: Flexion 80 degrees, normal being 90 degrees; extension 20 degrees, normal being 35 degrees; right lateral bending 30 degrees, left lateral bending 30 degrees, normal lateral bending being 40 degrees.

Ms. Ruff complained of pain in the upper lumbar and lower thoracic region with range of motion testing of the lumbar spine.

Straight leg raising was full bilaterally at 90 degrees in both the seated and recumbent positions.

Deep tendon reflexes of the lower extremities were brisk and bilaterally symmetrical at the knees and ankles.

Muscle strength of the lower extremities was grossly intact and symmetrical at resisted flexion/extension of the knees, ankles and great toes.

Heel and toe walking was full bilaterally.

Sensation of the lower extremities was grossly intact and symmetrical to light touch.

Measurement of the circumference of the thigh at 6 inches above the knee: 20 inches on the right, 20 inches on the left; of the calves 15 inches on the right, 15 inches on the left.

Peripheral pulses of the upper and lower extremities were grossly intact and bilaterally symmetrical. Venous return of the upper and lower extremities was intact bilaterally.

There was no abnormal coloration, sweating or hair change of the upper or lower extremities.

**CASE SUMMARY:**

Ms. Ruff suffered multiple contusions and strains in the crash of American Airlines Flight 331 on December 22, 2009. The injuries included a forehead contusion (with possible nondisplaced skull fracture) and a closed head injury syndrome with posttraumatic headaches. The injury also caused a sprain/strain injury to the neck and upper back with the development of chronic cervical, thoracic and upper lumbar myofascial pain. Finally, Ms. Ruff has developed clinical symptoms consistent with a posttraumatic stress disorder. Conservative therapies have been carried out for Ms. Ruff's conditions including medication, chiropractic therapy and biofeedback therapy. These treatments have led to limited, temporary symptomatic improvement. Ms. Ruff continues in the care of her treating physician, Dr. Smithson and chiropractor.

Examination today revealed tender "trigger points" in the suboccipital region and posterior cervical and upper thoracic musculature consistent with myofascial pain. There was associated decreased range of motion of the cervical spine in flexion, extension, bilateral rotation and bilateral bending. There was residual tenderness and slight hyperpigmentation of the right forehead region at the site of head contusion and posttraumatic swelling. Ms. Ruff continues to report symptoms consistent with a posttraumatic stress disorder including sleep difficulty, flashbacks and nightmares.

**CONCLUSION:**

Based on the findings of this examination, it is my opinion that Ms. Ruff suffered injuries in the crash of American Airlines Flight 331 on December 22, 2009. The injuries have caused impairment and disability (including limited ability to carry out Ms. Ruff's customary work as performed prior to the accident).

Page Eight         RE:   Monica E. Ruff              June 3, 2010

    In my opinion, Ms. Ruff continues to be in need of medical treatment. Appropriate treatment would include physician follow-up, medication and biofeedback therapy as currently prescribed by Dr. Smithson. Chiropractic therapy may also be helpful to control Ms. Ruff's myofascial pain.

    As described above, Ms. Ruff has ongoing symptoms of a posttraumatic stress disorder. Neuropsychological evaluation and neuropsychological treatments would also be indicated for control of these symptoms contributing to her current impairment and disability.

    If I may be of further assistance in this case, please feel free to contact me.

                              Sincerely,

                              Jeffrey E. Coe, M.D., Ph.D.

JEC:ss